IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

DISTRICT EQUITIES REAL ESTATE, LLC :
:
Plaintiff :
:
v. : Case No. 1:19-cv-01096 AJT JFA
:
URBANSPACE TYSONS, LLC :
:
Defendant :

**CONSENT MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE
SUBJECT TO TRANSFER OF CLAIMS TO ARBITRATION**

Plaintiff, District Equities Real Estate, LLC ("Plaintiff"), and Defendant, Urbanspace Tysons, LLC ("Defendant") (together, the "Parties"), hereto consent to Voluntarily Dismiss WITHOUT PREJUDICE the above-captioned matter.

The Parties further hereto consent to arbitrate their respective claims and defenses, and to consolidate those claims and defenses with the existing Arbitration pending with the American Arbitration Association (AAA) between Plaintiff and Foodhall Holdings, LLC (Case No. 01-19-0002-5809).

Defendant agrees to be subject to and bound by the decision of the Arbitrator/Arbitration Panel in that matter, and the Parties hereto further agree that this Motion is WITHOUT PREJUDICE to any claims or defenses the Parties may have, and that the Arbitrator/Arbitration Panel shall have the power to hear and resolve any such claims or defenses, including, without limitation, Plaintiff's claim for injunctive relief.

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

6859024_1

Consented to and respectfully submitted this 14th day of October, 2019.

| DISTRICT EQUITIES REAL ESTATE, LLC | URBANSPACE TYSONS, LLC |
|---|---|
| /s/ *Jeffrey M. Schwaber* | /s/ *Adam L. Shaw* |
| By: Jeffrey M. Schwaber, Esq. (VSB #35466) | By: Adam L. Shaw, Esq. (VSB #89559) |
| jschwaber@steinsperling.com | adam.shaw@bryancave.com |
| Deanna L. Peters, Esq. (VSB #47851) | Alec W. Farr, Esq. (*pro hac vice* to be filed) |
| dpeters@steinsperling.com | awfarr@bclplaw.com |
| **STEIN SPERLING BENNETT DE JONG DRISCOLL PC** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| 25 West Middle Lane | 1155 F Street NW, Suite 700 |
| Rockville, MD 20850 | Washington, DC 20004 |
| (301) 340-2020 | (202) 508-6000 |
| (301) 354-8110 Facsimile | (202) 508-6200 Facsimile |
| *Counsel for Plaintiff District Equities Real Estate, LLC* | *Counsel for Defendant Urbanspace Tysons, LLC* |

STEIN SPERLING BENNETT
DE JONG DRISCOLL PC

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-340-2020